UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PEARL C. DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 4:18-CV-80-D** |
| ) | |
| CITY OF GREENVILLE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 37]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on April 8, 2020, and Copies To:**

| | |
|---|---|
| Pearl C. Daniels | (Sent to 1803 McClellan St. Greenville, NC 27834 via US Mail) |
| Gary S. Parsons | (via CM/ECF electronic notification) |
| Justin N. Outling | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| April 8, 2020 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |